1  David P. Matthews
   TX No. 13206200
2  Jason C. Webster
   TX No. 24033318
3  **MATTHEWS & ASSOCIATES**
   2905 Sackett St.
4  Houston, TX 77098
   (713) 522-5250
5  (713) 535-7184 facsimile
   Attorneys for Plaintiffs
6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11

12  IN RE: BEXTRA AND CELEBREX            ) Case No. 06-5613 CRB
    MARKETING SALES PRACTICES AND         )
13  PRODUCT LIABILITY LITIGATION          ) MDL NO. 1699
                                          ) District Judge: Charles R. Breyer
14  _____      )
                                          )
15  Patrick Keenan, et al.,               )
                                          ) **STIPULATION AND ORDER OF**
16                      Plaintiffs,       ) **DISMISSAL WITH PREJUDICE**
                                          )
17            vs.                         )
                                          )
18  Pfizer Inc., et al.                   )
                                          )
19                      Defendants.       )

20
         Come now the Plaintiffs, Charles Banasky, JanMarie Brown, Tomasa Estrada, Patrick
21
    Keenan, Dina Mercaldi, George Robinson, William Spakes, and Defendants, by and through the
22
    undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
23
    stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with
24
    each side bearing its own attorneys' fees and costs.
25

26

27

28

                                              -1-

DATED: Jan. 12, 2010   MATTHEWS & ASSOCIATES

By: _____
David P. Matthews
*Attorneys for Plaintiffs*


DATED: Jan. 12, 2010   DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
*Attorneys for Defendants*


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 17 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE