1  David P. Matthews
   TX No. 13206200
2  Jason C. Webster
   TX No. 24033318
3  Matthews & Associates
   2905 Sackett St.
4  Houston, TX 77098
   (713) 522-5250
5  (713) 535-7184 facsimile
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. C 06 5613 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Patrick Keenan, et al.,<br>    Plaintiffs,<br>vs.<br>Pfizer Inc., et al.<br>    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, MAUREEN BANASKY, PHILLIP BROWN, STEVEN ESTRADA, VINCENT MERCALDI and THERESA ROBINSON, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

DATED: Oct. 30, 2009    MATTHEWS & ASSOCIATES

By: _____
David P. Matthews
Attorneys for Plaintiffs

DATED: February 4, 2010    DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 5, 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**